# UNITED STATES DISTRICT COURT

Middle District of Tennessee

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>JOSEPH E. SANDERS | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case No.  3:23-cr-00103<br>USM No. 17003-027<br><br>James A. Simmons<br><span align="center">Defendant's Attorney</span> |

## THE DEFENDANT:

☑  admitted guilt to violation of condition(s)  __1, 2 and 3__  of the term of supervision.

☐  was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Unlawful use of controlled substances | 01/22/2026 |
| 2 | Failure to make reasonable effort to find employment | 11/10/2025 |
| 3 | Failure to report to the U.S. Probation Office for drug<br>testing | 12/30/2025 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: __2414__

Defendant's Year of Birth: __1990__

City and State of Defendant's Residence:
Not available

05/13/2026
Date of Imposition of Judgment

*Eli Richardson*
Signature of Judge

Eli Richardson, United States District Judge
Name and Title of Judge

May 18, 2026
Date

DEFENDANT: JOSEPH E SANDERS
CASE NUMBER: 3 23-cr-00103

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of ·

Time served (72 days)

☐    The court makes the following recommendations to the Bureau of Prisons.

☐    The defendant is remanded to the custody of the United States Marshal

☐    The defendant shall surrender to the United States Marshal for this district·

    ☐    at _____    ☐  a m    ☐  p.m.    on    _____ .

    ☐    as notified by the United States Marshal

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

    ☐    before 2 p m  on    _____

    ☐    as notified by the United States Marshal.

    ☐    as notified by the Probation or Pretrial Services Office

# RETURN

I have executed this judgment as follows.

Defendant delivered on    _____    to    _____

at    _____    with a certified copy of this judgment

_____
UNITED STATES MARSHAL

By    _____
DEPUTY UNITED STATES MARSHAL

Judgment—Page  3  of  3

DEFENDANT·  JOSEPH E  SANDERS
CASE NUMBER·  3 23-cr-00103

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of ·

2 years' supervised release with same conditions as previously imposed with the following two special conditions.

1. Defendant shall enter into and complete an inpatient substance abuse treatment program at the direction of the U S  Probation Office and follow its rules and regulations and any recommended aftercare

2   On each day prior to the entering of the inpatient substance abuse treatment program, Defendant will either meet with or speak on an incoming phone call with the U S  Probation Officer